## Summary of Unpaid Wages



### U.S. Department of Labor
Wage and Hour Division



| Office Address: | U.S. Department of Labor 550 Main Street Room 10-277 Cincinnati, OH 45202 513-684-2909 | | | | |
|---|---|---|---|---|---|

Office Address: Cincinnati OH A0

| Investigator: Nikolai Bogomolov | Date: 08/13/2021 |
|---|---|
| Employer Fed Tax ID Number: 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 118. Wilson, Tonya | | 11/30/2019 to 09/12/2020 | FLSA | $387.00 | $387.00 |
| 119. Zyyon, Ranesha | | 09/28/2019 to 07/04/2020 | FLSA | $935.58 | $935.58 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021 Signed: Date: 08-19-2021 | Employer Name and Address: Lifetime Health and Transportation Lifetime Health and Transpportation Service L 7102 Pippin Rd Cincinnati OH 45239 | Subtotal: | $1,322.58 | $1,322.58 |
|---|---|---|---|---|
| | | Total: | $189,379.01 | $189,379.01 |

Form WH-56

## Summary of Unpaid Wages

### U.S. Department of Labor
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | | **Investigator:**<br>Nikolai Bogomolov | | **Date:**<br>08/13/2021 |
|---|---|---|---|---|---|
| | | | **Employer Fed Tax ID Number:** | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 1. Abernathy, Britney | | 07/25/2020 to 01/16/2021 | FLSA | $509.70 | $509.70 |
| 2. Adams, Sherri | | 09/21/2019 to 11/23/2019 | FLSA | $570.00 | $570.00 |
| 3. Afriyies, Christiana | | 02/01/2020 to 10/31/2020 | FLSA | $1,905.54 | $1,905.54 |
| 4. Akhigbe, Omonigho | | 09/28/2019 to 07/04/2020 | FLSA | $1,128.00 | $1,128.00 |
| 5. Akinade, Samuel | | 09/14/2019 to 12/21/2019 | FLSA | $1,474.56 | $1,474.56 |
| 6. Alexander, Koshai | | 06/13/2020 to 08/08/2020 | FLSA | $508.50 | $508.50 |
| 7. Andrews, Charmaine | | 07/25/2020 to 01/16/2021 | FLSA | $1,292.40 | $1,292.40 |
| 8. Appah, Albert | | 10/19/2019 to 04/03/2021 | FLSA | $1,934.28 | $1,934.28 |
| 9. Bailey, Kelley | | 08/15/2020 to 08/29/2020 | FLSA | $52.00 | $52.00 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and<br>Transportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $9,374.98 | $9,374.98 |
|---|---|---|---|---|
| Signed: *[signature]*<br><br>Date: 08-19-2021 | | Total: | $189,379.01 | $189,379.01 |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH  45202<br>513-684-2909 | | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
|---|---|---|---|---|---|---|
| | | | | Employer Fed Tax ID Number: | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 10. Baro, Dialyka | | 03/07/2020<br>to<br>06/27/2020 | FLSA | $28.20 | $28.20 |
| 11. Barrett, Arnetta | | 11/23/2019<br>to<br>03/13/2021 | FLSA | $3,315.40 | $3,315.40 |
| 12. Bascilio-Hackle, Mercedes | | 04/11/2020<br>to<br>12/05/2020 | FLSA | $1,263.00 | $1,263.00 |
| 13. Bassoum, Aissatou | | 10/24/2020<br>to<br>03/27/2021 | FLSA | $1,533.15 | $1,533.15 |
| 14. Berry, Peyton | | 08/29/2020<br>to<br>08/29/2020 | FLSA | $81.00 | $81.00 |
| 15. Billingsley, Shardonay | | 05/16/2020<br>to<br>09/19/2020 | FLSA | $1,870.00 | $1,870.00 |
| 16. Bloe, Kenyen | | 01/02/2021<br>to<br>03/27/2021 | FLSA | $884.00 | $884.00 |
| 17. Boansi, Edmund | | 06/15/2019<br>to<br>03/27/2021 | FLSA | $5,031.18 | $5,031.18 |
| 18. Bonner, C'Aaliyah | | 09/12/2020<br>to<br>04/03/2021 | FLSA | $1,516.36 | $1,516.36 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021<br><br>Signed:<br><br>Date: 08-19-2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and Transpportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $15,522.29 | $15,522.29 |
|---|---|---|---|---|
| | | Total: | $189,379.01 | $189,379.01 |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH  45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 19. Booker, Stephanie | | 02/15/2020 to 03/28/2020 | FLSA | $138.00 | $138.00 |
| 20. Brown, Mariah | | 12/21/2019 to 02/27/2021 | FLSA | $15,119.58 | $15,119.58 |
| 21. Calhoun, Aja | | 02/22/2020 to 03/06/2021 | FLSA | $2,270.57 | $2,270.57 |
| 22. Captain, Tyra | | 04/11/2020 to 06/06/2020 | FLSA | $74.25 | $74.25 |
| 23. Chess, Timothy | | 09/28/2019 to 06/13/2020 | FLSA | $1,236.00 | $1,236.00 |
| 24. Clark, Shiauna | | 07/25/2020 to 08/08/2020 | FLSA | $26.00 | $26.00 |
| 25. Cupp, Denise | | 02/01/2020 to 02/01/2020 | FLSA | $132.42 | $132.42 |
| 26. Daniel-Vaughn, Shawndelle | | 09/05/2020 to 09/05/2020 | FLSA | $48.00 | $48.00 |
| 27. Davis, Leroyanesha | | 09/14/2019 to 11/23/2019 | FLSA | $85.80 | $85.80 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and<br>Transportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $19,130.62 | $19,130.62 |
|---|---|---|---|---|
| Signed: | | Total: | $189,379.01 | $189,379.01 |
| Date: 08-19-2021 | | | | |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
| --- | --- | --- | --- | --- | --- |
| | | | Employer Fed Tax ID Number: | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
| --- | --- | --- | --- | --- | --- |
| 28. Delamar, Tracey | | 08/24/2019 to 03/27/2021 | FLSA | $13,863.12 | $13,863.12 |
| 29. Doku, Eric | | 09/07/2019 to 03/27/2021 | FLSA | $5,926.43 | $5,926.43 |
| 30. Doku, Manasseh | | 09/21/2019 to 10/12/2019 | FLSA | $319.00 | $319.00 |
| 31. Drain, Djuna | | 02/15/2020 to 10/10/2020 | FLSA | $808.80 | $808.80 |
| 32. Evans, Breyonea | | 02/20/2021 to 03/13/2021 | FLSA | $376.74 | $376.74 |
| 33. Evans, Erica | | 10/03/2020 to 04/10/2021 | FLSA | $702.33 | $702.33 |
| 34. Ferguson, Qiana | | 08/17/2019 to 10/31/2020 | FLSA | $1,205.61 | $1,205.61 |
| 35. Ford, Michile | | 10/17/2020 to 04/03/2021 | FLSA | $754.00 | $754.00 |
| 36. Foster, Nikirah | | 08/22/2020 to 04/03/2021 | FLSA | $1,050.00 | $1,050.00 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and<br>Transportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $25,006.03 | $25,006.03 |
| --- | --- | --- | --- | --- |
| Signed: *[signature]* | | Total: | $189,379.01 | $189,379.01 |
| Date: 08-19-2021 | | | | |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH  45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | | 81-3147303 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 37. Foster, Shaile | | 08/10/2019 to 04/10/2021 | FLSA | $2,317.41 | $2,317.41 |
| 38. Garnett, Jamiah | | 09/07/2019 to 03/06/2021 | FLSA | $813.54 | $813.54 |
| 39. Garrett, Kiara | | 08/15/2020 to 04/10/2021 | FLSA | $763.75 | $763.75 |
| 40. Gassama, Fatoumata | | 10/05/2019 to 10/12/2019 | FLSA | $144.00 | $144.00 |
| 41. Gill, Jasmine | | 10/05/2019 to 12/14/2019 | FLSA | $55.83 | $55.83 |
| 42. Gray, Destiny | | 10/24/2020 to 02/27/2021 | FLSA | $238.87 | $238.87 |
| 43. Gray, Keneisha | | 02/27/2021 to 03/27/2021 | FLSA | $231.72 | $231.72 |
| 44. Grissom, Ramiaa | | 04/25/2020 to 03/13/2021 | FLSA | $3,328.00 | $3,328.00 |
| 45. Grissom, Tiffany | | 04/04/2020 to 04/03/2021 | FLSA | $2,560.37 | $2,560.37 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021<br><br>Signed: <br>Date: 08-19-2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and<br>Transpportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $10,453.49 | $10,453.49 |
|---|---|---|---|---|
| | | Total: | $189,379.01 | $189,379.01 |

Form WH-56

Summary of Unpaid Wages

# U.S. Department of Labor
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
| --- | --- | --- | --- | --- | --- |
| | | | Employer Fed Tax ID Number: | | 81-3147303 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
| --- | --- | --- | --- | --- | --- |
| 46. Harrison, Dorian | | 07/25/2020 to 09/19/2020 | FLSA | $292.50 | $292.50 |
| 47. Hawkins, George | | 03/06/2021 to 03/27/2021 | FLSA | $52.00 | $52.00 |
| 48. Hendricks, Quinaia | | 08/22/2020 to 03/27/2021 | FLSA | $729.25 | $729.25 |
| 49. Hill, Kyia | | 11/02/2019 to 12/28/2019 | FLSA | $263.98 | $263.98 |
| 50. Hill, Porsha | | 02/08/2020 to 08/01/2020 | FLSA | $623.85 | $623.85 |
| 51. Hisle, Eunika | | 02/08/2020 to 05/30/2020 | FLSA | $1,077.00 | $1,077.00 |
| 52. Hunn, Quincy | | 02/08/2020 to 03/20/2021 | FLSA | $743.70 | $743.70 |
| 53. Hutchinson, DeShayla | | 02/06/2021 to 02/20/2021 | FLSA | $65.00 | $65.00 |
| 54. Ijemba, Suzan | | 03/06/2021 to 03/20/2021 | FLSA | $72.00 | $72.00 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and<br>Transportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $3,919.28 | $3,919.28 |
| --- | --- | --- | --- | --- |
| Signed: <br>Date: 08-19-2021 | | Total: | $189,379.01 | $189,379.01 |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 55. Jefferson, Vickie | | 03/20/2021 to 03/27/2021 | FLSA | $168.00 | $168.00 |
| 56. Jeffreys, Rjayla | | 01/30/2021 to 03/27/2021 | FLSA | $210.00 | $210.00 |
| 57. Jeffries, Paula | | 08/17/2019 to 03/06/2021 | FLSA | $771.23 | $771.23 |
| 58. Jones, Antonia | | 08/29/2020 to 03/13/2021 | FLSA | $1,090.05 | $1,090.05 |
| 59. Jones, La'Shee | | 08/08/2020 to 04/03/2021 | FLSA | $2,257.26 | $2,257.26 |
| 60. Jones, Lashauna | | 01/25/2020 to 04/11/2020 | FLSA | $1,457.40 | $1,457.40 |
| 61. Keeling, Armanii | | 01/30/2021 to 03/27/2021 | FLSA | $210.00 | $210.00 |
| 62. Kenney, Melsheena | | 07/04/2020 to 03/27/2021 | FLSA | $1,477.52 | $1,477.52 |
| 63. King, Ricquell | | 02/13/2021 to 03/13/2021 | FLSA | $53.76 | $53.76 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021<br><br>Signed: <br>Date: 08-19-2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and Transpportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $7,695.22 | $7,695.22 |
|---|---|---|---|---|
| | | Total: | $189,379.01 | $189,379.01 |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 64. Lee, Angel | | 08/10/2019<br>to<br>03/20/2021 | FLSA | $10,198.72 | $10,198.72 |
| 65. Lewis, Shakiya | | 12/12/2020<br>to<br>01/09/2021 | FLSA | $58.80 | $58.80 |
| 66. Lewis, Thea | | 03/21/2020<br>to<br>03/27/2021 | FLSA | $1,003.60 | $1,003.60 |
| 67. Lumbus, Charnee | | 06/13/2020<br>to<br>06/27/2020 | FLSA | $169.00 | $169.00 |
| 68. Mabrey, Michaela | | 08/31/2019<br>to<br>12/07/2019 | FLSA | $803.00 | $803.00 |
| 69. Mapp, Regina | | 07/18/2020<br>to<br>02/13/2021 | FLSA | $700.00 | $700.00 |
| 70. Martin, Terra | | 08/08/2020<br>to<br>09/19/2020 | FLSA | $130.00 | $130.00 |
| 71. McCants, Antonio | | 11/09/2019<br>to<br>03/27/2021 | FLSA | $1,908.30 | $1,908.30 |
| 72. McDowell, Harry Keon | | 11/23/2019<br>to<br>06/20/2020 | FLSA | $2,591.88 | $2,591.88 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and<br>Transpportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $17,563.30 | $17,563.30 |
|---|---|---|---|---|
| Signed: | | Total: | $189,379.01 | $189,379.01 |
| Date: 08-19-2021 | | | | |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 73. McDowell, Herbert | | 03/28/2020 to 11/07/2020 | FLSA | $2,638.80 | $2,638.80 |
| 74. McDowell, KeDren | | 02/22/2020 to 04/04/2020 | FLSA | $82.50 | $82.50 |
| 75. McNear, Latonya | | 08/24/2019 to 01/25/2020 | FLSA | $504.00 | $504.00 |
| 76. Mensah, Seth | | 12/28/2019 to 05/30/2020 | FLSA | $1,311.00 | $1,311.00 |
| 77. Njume, Rosaline | | 10/12/2019 to 01/25/2020 | FLSA | $102.00 | $102.00 |
| 78. O'Neal, Treyana | | 07/11/2020 to 01/23/2021 | FLSA | $624.00 | $624.00 |
| 79. Odai, Princess | | 09/12/2020 to 02/27/2021 | FLSA | $936.00 | $936.00 |
| 80. Olaniyan, Adeola | | 06/13/2020 to 03/27/2021 | FLSA | $567.18 | $567.18 |
| 81. Olweny, John | | 12/05/2020 to 03/27/2021 | FLSA | $1,603.36 | $1,603.36 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021 | Employer Name and Address: Lifetime Health and Transportation Lifetime Health and Transportation Service L 7102 Pippin Rd Cincinnati OH 45239 | Subtotal: | $8,368.84 | $8,368.84 |
|---|---|---|---|---|
| Signed: | | Total: | $189,379.01 | $189,379.01 |
| Date: 08-19-2021 | | | | |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH  45202<br>513-684-2909 | Investigator:<br>Nikolai Bogomolov | Date:<br>08/13/2021 |
|---|---|---|---|
| | | Employer Fed Tax ID Number: 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 82. Owusu, Gloria | | 10/03/2020 to 10/31/2020 | FLSA | $149.50 | $149.50 |
| 83. Owusu-Ansah, Osei | | 08/10/2019 to 02/29/2020 | FLSA | $2,207.43 | $2,207.43 |
| 84. Patterson, Derriance | | 01/30/2021 to 03/27/2021 | FLSA | $223.81 | $223.81 |
| 85. Pitts, Ciera | | 11/30/2019 to 12/07/2019 | FLSA | $49.98 | $49.98 |
| 86. Price, Brittany | | 02/20/2021 to 03/20/2021 | FLSA | $87.88 | $87.88 |
| 87. Roberts, Cydnee | | 02/20/2021 to 03/27/2021 | FLSA | $240.87 | $240.87 |
| 88. Robinson, Kentez | | 07/11/2020 to 08/29/2020 | FLSA | $288.00 | $288.00 |
| 89. Roundtree, Robert | | 09/07/2019 to 11/07/2020 | FLSA | $1,921.25 | $1,921.25 |
| 90. Runyon, Rasheena | | 09/28/2019 to 03/28/2020 | FLSA | $2,250.25 | $2,250.25 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and Transpportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $7,418.97 | $7,418.97 |
|---|---|---|---|---|
| Signed: | | Total: | $189,379.01 | $189,379.01 |
| Date: 08-19-2021 | | | | |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | | Date:<br>08/13/2021 |
|---|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | | Total |
|---|---|---|---|---|---|---|
| 91. Sanders, Velma S | | 03/07/2020<br>to<br>04/10/2021 | FLSA | $10,963.25 | I disagree with this employee's findings.<br>Employer initials: _PB_ | |
| 92. Saunders, Ashlee | | 12/12/2020<br>to<br>04/03/2021 | FLSA | $336.70 | | $336.70 |
| 93. Scott, Nadia | | 10/05/2019<br>to<br>02/27/2021 | FLSA | $4,194.49 | | $4,194.49 |
| 94. Sebastian, Tamica | | 03/27/2021<br>to<br>03/27/2021 | FLSA | $139.75 | | $139.75 |
| 95. Serwaah, Anita | | 10/17/2020<br>to<br>03/27/2021 | FLSA | $390.63 | | $390.63 |
| 96. Shannon, Sharyrice | | 02/01/2020<br>to<br>10/10/2020 | FLSA | $6,053.65 | | $6,053.65 |
| 97. Shelby, Brittany | | 06/06/2020<br>to<br>11/21/2020 | FLSA | $746.53 | | $746.53 |
| 98. Smith, Jasmine | | 03/14/2020<br>to<br>01/30/2021 | FLSA | $2,634.08 | | $2,634.08 |
| 99. Smith, Jessica | | 08/31/2019<br>to<br>03/21/2020 | FLSA | $453.70 | | $453.70 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021<br><br>Signed: _[signature]_<br><br>Date: 08-19-2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and<br>Transpportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $25,912.78 | $25,912.78 |
|---|---|---|---|---|
| | | Total: | $189,379.01 | $189,379.01 |

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | | 81-3147303 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 100. Talley, Alexis | | 06/06/2020 to 01/30/2021 | FLSA | $1,961.88 | $1,961.88 |
| 101. Taylor, LaTanya | | 04/25/2020 to 06/20/2020 | FLSA | $285.00 | $285.00 |
| 102. Tennyson, Kayla | | 02/29/2020 to 05/16/2020 | FLSA | $387.00 | $387.00 |
| 103. Thompson, Brianna | | 03/06/2021 to 03/06/2021 | FLSA | $72.00 | $72.00 |
| 104. Trice, Brittany | | 04/25/2020 to 05/23/2020 | FLSA | $245.69 | $245.69 |
| 105. Wade, Shaneice | | 11/09/2019 to 06/13/2020 | FLSA | $83.91 | $83.91 |
| 106. Wagner, Dominique | | 05/09/2020 to 04/03/2021 | FLSA | $2,259.20 | $2,259.20 |
| 107. Wallace, Angel | | 07/25/2020 to 12/19/2020 | FLSA | $375.00 | $375.00 |
| 108. Washington, Donnyell | | 06/15/2019 to 11/23/2019 | FLSA | $399.54 | $399.54 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021<br><br>Signed: _R. h_<br><br>Date: 08-19-2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and Transpportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $6,069.22 | $6,069.22 |
|---|---|---|---|---|
| | | Total: | $189,379.01 | $189,379.01 |

Date: 08/13/2021 1:29:55 PM

Case ID:  1937939

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Cincinnati OH A0<br>U.S. Department of Labor<br>550 Main Street<br>Room 10-277<br>Cincinnati, OH 45202<br>513-684-2909 | Investigator:<br>Nikolai Bogomolov | | Date:<br>08/13/2021 |
|---|---|---|---|---|
| | | Employer Fed Tax ID Number: | 81-3147303 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 109. Washington, Shamya | | 09/28/2019 to 02/27/2021 | FLSA | $560.62 | $560.62 |
| 110. Watson, Vera | | 08/31/2019 to 02/29/2020 | FLSA | $659.75 | $659.75 |
| 111. White, Timaya | | 10/12/2019 to 01/23/2021 | FLSA | $724.63 | $724.63 |
| 112. Wilcox, Dasha | | 07/25/2020 to 04/03/2021 | FLSA | $738.08 | $738.08 |
| 113. Wiliams, Brittany | | 07/04/2020 to 03/27/2021 | FLSA | $1,090.05 | $1,090.05 |
| 114. Willams, Dominique | | 12/14/2019 to 02/22/2020 | FLSA | $204.60 | $204.60 |
| 115. Williams, Latahja | | 08/03/2019 to 03/27/2021 | FLSA | $11,854.15 | $11,854.15 |
| 116. Williams, Natasha | | 07/27/2019 to 03/27/2021 | FLSA | $12,308.19 | $12,308.19 |
| 117. Willistone, Carlos | | 09/07/2019 to 03/20/2021 | FLSA | $3,481.34 | $3,481.34 |

| I agree to pay the listed employees the amount due shown above by 12/31/2021<br><br>Signed:<br><br>Date: 08 19 2021 | Employer Name and Address:<br>Lifetime Health and Transportation<br>Lifetime Health and<br>Transportation Service L<br>7102 Pippin Rd<br>Cincinnati OH 45239 | Subtotal: | $31,621.41 | $31,621.41 |
|---|---|---|---|---|
| | | Total: | $189,379.01 | $189,379.01 |